■ CHRISTOPHER CANESTARO et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v RAYMOUR AND FLANIGAN FURNITURE COMPANY et al., Respondents. [6 NYS3d 520]—Appeal from an order of the Supreme Court, Erie

County (Timothy J. Walker, A.J.), entered April 4, 2014. The order granted the motion of defendants to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Sconiers and Valentino, JJ.